Ex Parte Jose Angel Guerrero.

No. 5658.   Decided January 14, 1920.

**Habeas Corpus—Recognizance—Delinquent Child—Pending Appeal.**

Where relator upon an original *habeas corpus* proceeding in this court showed that he had filed with the proper officer in the court below a recognizance in response to this court's orders on a previous day, he is hereby released pending his appeal from said court below.

From Bexar County.

Original *habeas corpus* proceeding pending appeal from the County Court of Bexar county from a conviction of relator as a delinquent child, showing that a penalty of one year in the Bexar County training school had been assessed against him; that he had made a motion for new trial in said county or Juvenile court which was overruled, and had thereupon offered a recognizance or bail bond pending his appeal, which the court refused to accept, whereupon he presented to this court an application for writ of *habeas corpus* praying for such orders as it might deem proper, and thereupon this court issued an order allowing the relator bail in the sum of $500 pending his appeal from said County Court of Bexar county, which bail was given.

*Heilbron & Mathews,* for relator.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

LATTIMORE, Judge.—It being made to appear to the Court that the applicant herein has heretofore made and filed with the proper officer a recognizance for appeal herein, it is hereby ordered and adjudged by the Court that the applicant at this time be allowed to go hence, and to hold himself bound unto the State of Texas, in terms of law, as is required by the provisions of said recognizance; and that his application is hereby granted, and applicant ordered released from any further responsibility under the bond given in response to the Court's orders herein.

*Relator discharged conditionally.*